IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MONICA MORRIS**  **PETITIONER**
ADC # 712959

v.  CASE NO. 2:24-CV-00079-BSM

**TAMEKA COLEMAN, Center Supervisor**  **RESPONDENT**

## ORDER

After careful review of the record, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 24] is adopted and Monica Morris's petition and amended petition for writ of habeas corpus are dismissed with prejudice.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE