IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MONICA MORRIS**     **PETITIONER**
**ADC # 712959**

v.     CASE NO. 2:24-CV-00079-BSM

**TAMEKA COLEMAN, Center Supervisor**     **RESPONDENT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE